**William J. Boyce**
bboyce@adjtlaw.com
(713) 589-3573
*Board Certified Civil*
*Appellate Law*



**ALEXANDER DUBOSE JEFFERSON**
Appellate Counsel

ACCEPTED
15-25-00003-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/30/2025 9:32 AM
CHRISTOPHER A. PRINE
CLERK

June 30, 2025

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

6/30/2025 9:32:42 AM
CHRISTOPHER A. PRINE
Clerk

Mr. Chris Prine
Clerk, Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

Re: *Lone Star NGL Product Services, LLC v. EagleClaw Midstream Ventures LLC et al.*, No. 15-25-00003-CV, in the Fifteenth Court of Appeals

Dear Mr. Prine:

We write to advise the Court regarding the enactment of House Bill 40 ("H.B. 40"), which has an effect on the appeal pending in the cause number identified above.

On June 2, the Texas Legislature enrolled H.B. 40. Governor Abbott signed H.B. 40 into law on June 20. H.B. 40 amends the Texas Government Code to add Section 25A.021. In full, Section 25A.021 says:

Sec. 25A.021. ACTIONS COMMENCED BEFORE SEPTEMBER 1, 2024.

(a)    Notwithstanding Section 8, Chapter 380 (H.B. 19), Acts of the 88th Legislature, Regular Session, 2023, a civil action commenced before September 1, 2024, that is within the jurisdiction of the business court may be transferred to and heard by the business court on an agreed motion of a party and permission of the business court under rules adopted by the supreme court for the purpose. When adopting rules under this section, the supreme court shall:

(1)    prioritize complex civil actions of longer duration that have proven difficult for a district court to resolve because of the other demands on the district court's caseload;

(2)    consider the capacity of the business court to accept the transfer of the action without impairing the business court's efficiency and effectiveness in resolving actions commenced on or after September 1, 2024; and

(3)    ensure the facilitation of the fair and efficient administration of justice.

(b)    This section expires September 1, 2035.

TEX. GOV. CODE § 25A.021.

H.B. 40 does not create new subject matter jurisdiction in the Business Court. Instead, H.B. 40 makes clear that the Business Court has (and has always had) subject matter jurisdiction over pre-September 1, 2024 cases when both parties agree to jurisdiction in the Business Court.

That is precisely what the parties did here—agreeing to remove their complex dispute to the Business Court.

Pursuant to H.B. 40's plain terms, Appellant Lone Star and Appellees EagleClaw Midstream Ventures, LLC and CR Permian Processing, LLC therefore ask that this Court grant the parties' appeal, reverse the Business Court's remand order, and allow the matter to proceed as removed by the parties.

Sincerely,

William J. Boyce
Counsel for Appellant Lone Star NGL
Product Services, LLC

*/s/ Parth S. Gejji*
Parth S. Gejji
Counsel for Appellees EagleClaw
Midstream Ventures LLC and
CR Permian Processing, LLC

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Latonya McPherson on behalf of William Boyce
Bar No. 2760100
lmcpherson@adjtlaw.com
Envelope ID: 102570230
Filing Code Description: Letter
Filing Description: Letter to Court regarding H.B. 40
Status as of 6/30/2025 9:40 AM CST

Associated Case Party: Lone Star NGL Product Services, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cindy Hickman | | cindy.hickman@nortonrosefulbright.com | 6/30/2025 9:32:42 AM | SENT |
| Angelina Martinez | | angelina.martinez@nortonrosefulbright.com | 6/30/2025 9:32:42 AM | SENT |
| Rafe Schaefer | 24077700 | rafe.schaefer@nortonrosefulbright.com | 6/30/2025 9:32:42 AM | SENT |
| Abraham Chang | 24102827 | abraham.chang@nortonrosefulbright.com | 6/30/2025 9:32:42 AM | SENT |
| William Boyce | 2760100 | bboyce@adjtlaw.com | 6/30/2025 9:32:42 AM | SENT |
| Timothy Shinn | 24125409 | Timothy.shinn@nortonrosefulbright.com | 6/30/2025 9:32:42 AM | SENT |
| Latonya McPherson | | lmcpherson@adjtlaw.com | 6/30/2025 9:32:42 AM | SENT |
| Andrew Price | | andrew.price@nortonrosefulbright.com | 6/30/2025 9:32:42 AM | SENT |
| Stacey Jett | | sjett@adjtlaw.com | 6/30/2025 9:32:42 AM | SENT |

Associated Case Party: EagleClaw Midstream Ventures LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Mary Raffetto | | mkraffetto@beckredden.com | 6/30/2025 9:32:42 AM | SENT |
| Garrett S.Brawley | | gbrawley@beckredden.com | 6/30/2025 9:32:42 AM | SENT |
| Cassie Maneen | | cmaneen@beckredden.com | 6/30/2025 9:32:42 AM | SENT |
| Fields Alexander | | falexander@beckredden.com | 6/30/2025 9:32:42 AM | SENT |
| Parth S.Gejji | | pgejji@beckredden.com | 6/30/2025 9:32:42 AM | SENT |
| Thomas Ganucheau | | tganucheau@beckredden.com | 6/30/2025 9:32:42 AM | SENT |